**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Bank of North Carolina, Respondent,

v.

Anthony Whitfield and Cindy Whitfield, Defendants,

Of whom Anthony Whitfield is the Appellant and Cindy Whitfield is a Respondent.

Anthony Whitfield, Appellant,

v.

David Swanson, Respondent.

Appellate Case No. 2016-002193

———————————

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit Court Judge

———————————

Unpublished Opinion No. 2019-UP-242
Submitted May 1, 2019 – Filed July 3, 2019

———————————

**AFFIRMED**

———————————

Daniel Scott Slotchiver and Andrew Joseph McCumber, both of Slotchiver & Slotchiver, LLP, and Brent Souther

Halversen, of Halversen & Associates, LLC, all of Mount Pleasant; for Appellant.

Brian C. Duffy and Blake Abernethy McKie, both of Duffy & Young, LLC, of Charleston, for Respondent Bank of North Carolina; Paul B. Ferrara, III, of Ferrara Law Firm, PLLC, of North Charleston, for Respondent Cindy Whitfield; Steven Raymond Kropski, Michael B. McCall, and David W. Overstreet, all of Earhart Overstreet, LLC, of Mount Pleasant, for Respondent David Swanson.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Atl. Coast Builders & Contractors, LLC v. Lewis*, 398 S.C. 323, 328, 730 S.E.2d 282, 284 (2012) ("Under the two issue rule, where a decision is based on more than one ground, the appellate court will affirm unless the appellant appeals all grounds because the unappealed ground will become law of the case." (quoting *Jones v. Lott*, 387 S.C. 339, 346, 692 S.E.2d 900, 903 (2010))); *Mibbs, Inc. v. S.C. Dep't of Revenue*, 337 S.C. 601, 605, 524 S.E.2d 626, 628 (1999) ("Failure to appeal an alternative ground of the judgment will result in affirmance."); *Folkens v. Hunt*, 290 S.C. 194, 205, 348 S.E.2d 839, 846 (Ct. App. 1986) ("An alternative ruling of a lower court that is not excepted to constitutes a basis for affirming the lower court and is not reviewable on appeal.").

**AFFIRMED.**[1]

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.